UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DOVIE DEWDROP LEEN,<br><br>    Plaintiff,<br><br>v.<br><br>M. TROTH, et al.,<br><br>    Defendants. | No. 2:20-cv-02039 DJC DB P<br><br>ORDER GRANTING EVIDENTIARY HEARING ON THE ISSUE OF EXHASUTION AND APPOINTING LIMITED PURPOSE COUNSEL |

Plaintiff is a state prisoner proceeding pro se with a civil rights action pursuant to 42 U.S.C. § 1983. On September 29, 2023, the District Court denied defendants' motion for summary judgment. (ECF No. 45.) Defendants have renewed their motion for an evidentiary hearing to determine whether plaintiff exhausted administrative remedies. (ECF No. 46.)

Defendants' request is granted. Further, the court finds the appointment of counsel for plaintiff is warranted and will appoint counsel for the limited purpose of representing plaintiff for an evidentiary hearing to determine whether plaintiff exhausted administrative remedies. Donald A. Lancaster, Jr. has been selected from the Court's Pro Bono Attorney Panel to represent plaintiff for this limited purpose and has agreed to be appointed.

Accordingly, IT IS HEREBY ORDERED that:

1. Defendants' renewed request for an <u>Albino</u> hearing (ECF No. 46) is granted.
2. Donald A. Lancaster, Jr. is appointed as limited purpose counsel for plaintiff in the above titled matter. This appointment is for the limited purpose of representing plaintiff for an

evidentiary hearing to determine whether plaintiff exhausted administrative remedies relative to the claims in this case.

3. Donald A. Lancaster, Jr.'s appointment will terminate upon the order being issued on whether plaintiff exhausted his administrative remedies relative to the claims in this case.

4. Appointed counsel shall notify Sujean Park via email at spark@caed.uscourts.gov if he has any questions related to the appointment.

5. The parties are directed to contact Shelly Her, Courtroom Deputy, via email at sher@caed.uscourts.gov within 30 days of the date of this order to arrange scheduling of the evidentiary hearing.

6. The Clerk of the Court is directed to serve a copy of this order upon Donald A. Lancaster, Jr., The Lancaster Law Group, 1101 Marina Village Pkwy, Suite 201, Alameda, CA 94501.

Dated: November 21, 2023

_____
DEBORAH BARNES
UNITED STATES MAGISTRATE JUDGE

DB:15
DB/DB Prisoner Inbox/Civil Rights/R/leen2039.31