UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DOVIE D. LEEN,<br><br>  Plaintiff,<br><br>  v.<br><br>M. TRUTH, et al.,<br><br>  Defendants. | No.  2:20-cv-2039 DB P<br><br><br>ORDER |

Plaintiff is a state prisoner proceeding pro se with a civil rights action pursuant to 42 U.S.C. § 1983. Plaintiff claims defendants used excessive force against him in violation of his Eighth Amendment rights.

By order dated November 21, 2023, the undersigned granted defendants' request for an evidentiary hearing and appointed Donald A Lancaster Jr. to represent plaintiff for the limited purpose of assisting plaintiff during the evidentiary hearing. (ECF No. 47.) After the order was issued, the court received a letter from plaintiff dated November 15, 2023, indicating that plaintiff was interested in settlement negotiations. In light of the contents of the letter and the recent appointment of counsel to assist plaintiff, the undersigned determined the letter should not be docketed. However, the court will direct the parties to indicate whether this action could benefit from a settlement conference.

////

////

1

1    Accordingly, IT IS HEREBY ORDERED that within seven days of the date of this order
2 the parties shall notify the court in writing indicating if this action would benefit from a
3 settlement conference prior to the evidentiary hearing.
4 Dated: December 13, 2023

*[signature]*
DEBORAH BARNES
UNITED STATES MAGISTRATE JUDGE

DB:12
DB/DB Prisoner Inbox/Civil.Rights/R/leen2039.settl