UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DOVIE DEWDROP LEEN,<br><br>   Plaintiff,<br><br>   v.<br><br>M. TROTH, et al.,<br><br>   Defendants. | No. 2:20-cv-2039 KJM DB P<br><br><br><br>ORDER |

An evidentiary hearing was held in the above captioned matter on March 7, 2024. (ECF No. 65.) The hearing was continued and completed on March 25, 2024. (ECF No. 67.) As articulated in the hearing the parties are to submit a final statement regarding exhaustion.

Accordingly, IT IS HEREBY ORDERED that the parties are to submit a final statement within twenty-one (21) days from the date of this order. Such briefing shall not exceed ten (10) pages.

Dated: March 26, 2024

DB:16
leen2039.briefing

_____
DEBORAH BARNES
UNITED STATES MAGISTRATE JUDGE

1